*Nov. Term,*
*1860.*

SHAW.
v.
TATHAM.

---

### SHAW v. TATHAM.

Suit upon two notes; one waiving relief from valuation laws, and the other, dated in 1839, previous to the passage of the statutes upon that subject. The Court gave judgment for the amount of both notes, collectable without relief.

*Held,* that there was no error in the judgment, as one note expressly waived relief, and the other was governed by the law of 1839, which gave no relief.

APPEAL from the *Shelby* Common Pleas.

HANNA, J.—On the original transcript, a point was made on the amount of the judgment. An amended transcript, on

*Monday,*
*December 17.*

file, cures the error, if any appeared in that respect. The suit was founded on two notes. One waived relief, &c.; the other did not, but was dated in 1839, previous to the passage of the statutes upon that subject. The Court rendered a judgment to be collected without relief. There was no error in this. There is no dispute but that if the contract was really made in 1839, the law of that date should govern, as to valuation, &c. But there is some controversy as to how that fact should be ascertained: whether the judgment of the Court should ascertain the fact; or whether the officer has the power and authority, when the execution is in his hands, to determine it. Here the Court did determine it, and we do not see any thing in the record to disturb that conclusion.

*Per Curiam.*—The judgment is affirmed, with 5 per cent. damages and costs.

*M. M. Ray*, for appellant.

*Davis & Wright*, for appellee.